Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Eric H. Rogalsky** | : | Case No. 17−24837−GLT |
| **Judith A. Rogalsky** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 97 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/19/23 at 10:30 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this *The 23rd of February, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 97 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1)   **On or before April 9, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on *April 19, 2023 at 10:30 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24837-GLT |
| Eric H. Rogalsky | Chapter 13 |
| Judith A. Rogalsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric H. Rogalsky, Judith A. Rogalsky, 528 Loretto Rd., Pittsburgh, PA 15217-2822 |
| 14738136 | | Citi/Hilton, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738138 | + | Dollar Bank, PO Box 8469, Canton, OH 44711-8469 |
| 14773598 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14773597 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 15209766 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14738139 | + | Dollar Bank/Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14738141 | | Freedom Mortgage, PO Box 619063, Santa Monica, CA 90402-2310 |
| 14738147 | + | Synchrony Bank/GAP Visa, PO Box 81344, Cleveland, OH 44188-0001 |
| 14738150 | + | US Department of Education, Direct Loan Servicing Center, PO Box 4609, Utica, NY 13504-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 23 2023 23:48:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 23 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14738128 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 23 2023 23:48:00 | American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14747628 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 23 2023 23:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14738130 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 23 2023 23:48:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14738131 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 23 2023 23:48:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14738132 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 23:47:34 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14764182 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 23:47:48 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14738135 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:02:09 | Citi Diamond Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738137 | + | Email/Text: BKPT@cfna.com | Feb 23 2023 23:48:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 14738143 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 24 2023 00:01:10 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 14796109 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14826779 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2023 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14738140 | + | Email/Text: bbagley@enerbankusa.com | Feb 23 2023 23:48:00 | EnerBank USA, 1245 Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14791270 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 23 2023 23:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14738142 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 23 2023 23:48:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 15226972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2023 23:48:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14829214 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2023 00:01:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14795885 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14780287 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 23:47:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14739315 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2023 00:01:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14815046 | + | Email/Text: bankruptcynotices@psecu.com | Feb 23 2023 23:48:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14738144 | | Email/Text: bankruptcynotices@psecu.com | Feb 23 2023 23:48:00 | Pennsylvania State Employees FCU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14753177 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2023 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14738145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:02:09 | Sears/CBNA, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14738146 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:35 | Synchrony Bank/American Eagle, PO Box 960013, Orlando, FL 32896-0013 |
| 14738148 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:35 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14738149 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:34 | Synchrony Bank/Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14783137 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 23 2023 23:48:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14787191 | | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2023 23:47:48 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 604 | Total Noticed: 40 |

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14738129 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14738133 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14738134 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Eric H. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Judith A. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Feb 23, 2023 Form ID: 604 Total Noticed: 40
TOTAL: 11