**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric H. Rogalsky<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3135<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Judith A. Rogalsky<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8925<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–24837–GLT

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric H. Rogalsky                                          Judith A. Rogalsky

4/13/23                                                   **By the court:** Gregory L Taddonio
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24837-GLT |
| Eric H. Rogalsky | Chapter 13 |
| Judith A. Rogalsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 13, 2023 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric H. Rogalsky, Judith A. Rogalsky, 528 Loretto Rd., Pittsburgh, PA 15217-2822 |
| 14738136 | | Citi/Hilton, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738138 | + | Dollar Bank, PO Box 8469, Canton, OH 44711-8469 |
| 14773598 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209766 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14773597 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14738139 | + | Dollar Bank/Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14738141 | | Freedom Mortgage, PO Box 619063, Santa Monica, CA 90402-2310 |
| 14738147 | + | Synchrony Bank/GAP Visa, PO Box 81344, Cleveland, OH 44188-0001 |
| 14738150 | + | US Department of Education, Direct Loan Servicing Center, PO Box 4609, Utica, NY 13504-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 14 2023 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 14 2023 03:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2023 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 13 2023 23:52:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 13 2023 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14738128 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 23:52:00 | American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14747628 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 23:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14738130 | + | EDI: TSYS2 | Apr 14 2023 03:50:00 | Barclay Card, PO Box 13337, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-3337 |
| 14738131 | + | EDI: TSYS2 | | |
| | | | Apr 14 2023 03:50:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14738132 | | EDI: CAPITALONE.COM | | |
| | | | Apr 14 2023 03:50:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14764182 | | EDI: CAPITALONE.COM | | |
| | | | Apr 14 2023 03:50:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14738135 | | EDI: CITICORP.COM | | |
| | | | Apr 14 2023 03:50:00 | Citi Diamond Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738137 | + | EDI: CRFRSTNA.COM | | |
| | | | Apr 14 2023 03:50:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 14738143 | + | EDI: CITICORP.COM | | |
| | | | Apr 14 2023 03:50:00 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 14796109 | | EDI: Q3G.COM | | |
| | | | Apr 14 2023 03:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14826779 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 13 2023 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14738140 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | | |
| | | | Apr 13 2023 23:52:00 | EnerBank USA, 1245 Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14791270 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Apr 13 2023 23:52:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14738142 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Apr 13 2023 23:52:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 15226972 | | EDI: JEFFERSONCAP.COM | | |
| | | | Apr 14 2023 03:50:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14829214 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 14 2023 00:01:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14795885 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 13 2023 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14780287 | | EDI: PRA.COM | | |
| | | | Apr 14 2023 03:50:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14739315 | + | EDI: RECOVERYCORP.COM | | |
| | | | Apr 14 2023 03:50:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14815046 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Apr 13 2023 23:52:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14738144 | | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Apr 13 2023 23:52:00 | Pennsylvania State Employees FCU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14753177 | | EDI: Q3G.COM | | |
| | | | Apr 14 2023 03:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14738145 | + | EDI: CITICORP.COM | | |
| | | | Apr 14 2023 03:50:00 | Sears/CBNA, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14738146 | + | EDI: RMSC.COM | | |
| | | | Apr 14 2023 03:50:00 | Synchrony Bank/American Eagle, PO Box 960013, Orlando, FL 32896-0013 |
| 14738148 | | EDI: RMSC.COM | | |
| | | | Apr 14 2023 03:50:00 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14738149 | | EDI: RMSC.COM | | |
| | | | Apr 14 2023 03:50:00 | Synchrony Bank/Old Navy, PO Box 960017, Orlando, FL 32896-0017 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 13, 2023 | Form ID: 3180W | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14783137 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 13 2023 23:52:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14787191 | EDI: AIS.COM | Apr 14 2023 03:50:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14738129 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14738133 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14738134 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Eric H. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Judith A. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 13, 2023 | Form ID: 3180W | Total Noticed: 42

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 11