IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/23 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ERIC H. ROGALSKY
JUDITH A. ROGALSKY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24837

Chapter 13

Related to Docket No. 97

ORDER OF COURT

AND NOW, this __ 13th Day of April, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24837-GLT |
| Eric H. Rogalsky | Chapter 13 |
| Judith A. Rogalsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric H. Rogalsky, Judith A. Rogalsky, 528 Loretto Rd., Pittsburgh, PA 15217-2822 |
| 14738136 | | Citi/Hilton, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738138 | + | Dollar Bank, PO Box 8469, Canton, OH 44711-8469 |
| 14773598 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209766 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14773597 | + | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| 14738139 | + | Dollar Bank/Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14738141 | | Freedom Mortgage, PO Box 619063, Santa Monica, CA 90402-2310 |
| 14738147 | + | Synchrony Bank/GAP Visa, PO Box 81344, Cleveland, OH 44188-0001 |
| 14738150 | + | US Department of Education, Direct Loan Servicing Center, PO Box 4609, Utica, NY 13504-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 13 2023 23:52:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 13 2023 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14738128 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 23:52:00 | American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14747628 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 13 2023 23:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14738130 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 13 2023 23:52:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14738131 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 13 2023 23:52:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14738132 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:01:46 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14764182 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:01:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14738135 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:01:53 | Citi Diamond Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14738137 | + | Email/Text: BKPT@cfna.com | Apr 13 2023 23:52:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 14738143 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 14 2023 00:01:53 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 14796109 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14826779 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2023 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14738140 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 13 2023 23:52:00 | EnerBank USA, 1245 Brickyard Rd., Suite 600, Salt Lake City, UT 84106-2562 |
| 14791270 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 13 2023 23:52:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14738142 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 13 2023 23:52:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 15226972 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2023 23:52:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14829214 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:01:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14795885 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14780287 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:01:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14739315 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:01:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14815046 | + | Email/Text: bankruptcynotices@psecu.com | Apr 13 2023 23:52:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14738144 | | Email/Text: bankruptcynotices@psecu.com | Apr 13 2023 23:52:00 | Pennsylvania State Employees FCU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14753177 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2023 23:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14738145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:01:53 | Sears/CBNA, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14738146 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:52 | Synchrony Bank/American Eagle, PO Box 960013, Orlando, FL 32896-0013 |
| 14738148 | | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:51 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14738149 | | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:01:42 | Synchrony Bank/Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 14783137 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 13 2023 23:52:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14787191 | | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2023 00:01:47 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Dollar Bank, FSB, c/o Consumer Default Management, PO Box 3969, Pittsburgh, PA 15230-3969 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14738129 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, PO Box 65507, Wilmington, DE 19808-0507 |
| 14738133 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14738134 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Eric H. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Judith A. Rogalsky julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 11